# IN THE SUPREME COURT OF THE STATE OF NEVADA

PATRICIA ANTHONY; AND WILLIAM
ANTHONY,

Appellants,

vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

Respondent.

No. 73761

**FILED**

SEP 06 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

Appellants seek a refund of the filing fee. No good cause appearing, the motion is denied. *See* NRAP 3(e); NRS 2.250(1)(a); NRS 2.250(c)(1).

It is so ORDERED.

_____ Cherry , C.J.

cc:    Hon. Barry L. Breslow, District Judge
       Michael C. Lehners
       Tiffany & Bosco, P. A.
       Washoe District Court Clerk

17-29909